IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN ADAMS, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, et al., | : | No. 15-cv-5718 |
| Respondents | : | |

### ORDER

AND NOW, this 24th day of February, 2016, upon consideration of Petitioner Calvin Adams' petition for writ of habeas corpus (Doc. No. 1), and the Report and Recommendation of Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Adams' petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice to allow Adams to exhaust his state court remedies;

3. Adams' request for appointment of counsel is DENIED as that request is more properly directed to the state courts;

4. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because Adams has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C.§ 2253(c)(2); and,

5. The Clerk of Court shall mark this file closed for statistical purposes.

BY THE COURT:

_____
HON. MITCHELL S. GOLDBERG
U.S. District Court Judge